UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    CLAIRE KAHN                    Chapter 7
                                        Case No. 10-43219-PJS
                 Debtor.             Honorable Phillip J. Shefferly

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

        The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Social Security Administration<br>23580 Orchard Lake Road<br>Farmington, MI 48336 | 23 | $762.44 |

Dated: August 31, 2011                        /s/ Charles L. Wells, III
                                                            Chapter 7 Trustee
                                                             903 N. Opdyke, Ste. A2
                                                             Auburn Hills, MI 48326
                                                             248-276-0285
                                                             7trusteewells@charleslwellsiii.com